IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                           CIVIL ACTION NO. 06-5113

RICHARD B. CAWTHORN AND
BARBARA D. CAWTHORN, his wife;
ANDERSON GAS & PROPANE, INC.; WILHELM
RICHERT AND ELTA RICHERT, his wife;
AND WINFORD C. CULVER AND
SHIRLEY M. CULVER, his wife; and
STATE OF ARKANSAS, DEPARTMENT OF
FINANCE AND ADMINISTRATION,                                 DEFENDANTS

ORDER OF DISTRIBUTION

On November 7, 2007, at 10:00 a.m., at the front entrance of the Washington County Courthouse, Fayetteville, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered September 11, 2007, in the above-styled case. At such sale, Don Anderson on behalf of Devesco, L.L.C. was the highest and best bidder for the property, and the property was then sold to the said Don Anderson on behalf of Devesco, L.L.C..

On or about November 9, 2007, the United States Marshal received Check No. 3047, in the amount of $180,000.00, from Devesco, L.L.C. for payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $174,465.70 to the United States Department of Agriculture, Farm Service Agency, and transfer $1,206.36 to the United States Attorney's Office, transfer $2,700.00 to the United States Marshals Service and transfer the remaining $1,627.94 to the State of Arkansas, Department of Finance and Administration as the second lien holder.

DATED: 2/19/08

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 19 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HONORABLE JIMM LARRY HENDREN
CHIEF, UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF ARKANSAS